**Exhibit A to the Complaint**

**Location:** Montclair, NJ  
**Total Works Infringed:** 22

**IP Address:** 98.109.133.31  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 71DAE62DE8BE1B37DCCF8990204F48855C14277F | Blacked | 10/12/2017 21:18:14 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 2 | 0536D1F41044B2198025068EA0E059436503B46B | Blacked | 07/25/2017 03:28:36 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 3 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 23:31:23 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 4 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 05/06/2017 10:52:56 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 5 | 16989FC4DF22425F942F855F880B71CB2FA786A0 | Blacked | 10/02/2017 22:07:42 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 6 | 1E204DA52F92DD05E248BFC8DF0C97FE81DB9D3D | Blacked Ra | 11/14/2017 04:11:41 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 7 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 10/14/2017 21:31:02 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 8 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Ra | 11/08/2017 21:45:44 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 9 | 59CCA8E817EC1410819EBE93EAF94666C8D91C82 | Blacked | 07/10/2017 21:54:16 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 10 | 5F52BDEA65EBAF8EB540FC57A639CFFAAC6A7443 | Blacked | 08/14/2017 14:58:39 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 11 | 6E462DFF0D65C9CAC0025EC57CA5BABC81337D9C | Tushy | 08/28/2017 15:05:03 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 12 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 11/04/2017 23:08:28 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 13 | 799D67D43209C8B363A54EDBD13FAEB0A7C5929C | Vixen | 10/13/2017 00:21:00 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 14 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/21/2017 21:46:42 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 15 | B11041874A3F2E23E91FCC1A5EDE4D6C8F0A23D1 | Blacked | 06/01/2017 06:18:50 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 16 | C669619874F156A686BD869A3E5BD5260785E68A | Blacked | 11/12/2017 13:27:04 | 11/11/2017 | 11/21/2017 | 16016503414 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C6FBA3069477275EFE6BB2C5020403FD2DFA9F09 | Blacked | 08/28/2017 14:13:01 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 18 | C7B045F71E57374E42DF28AA2D8092EBAC99ADAF | Tushy | 09/29/2017 13:21:39 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 19 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 07/21/2017 22:06:14 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 20 | DD054025C9D32C39934EC355120BB5FCFFECBBD2 | Blacked | 08/28/2017 14:11:14 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 21 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/24/2017 17:52:52 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 22 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/21/2017 21:47:56 | 07/04/2017 | 07/06/2017 | 15584063685 |