**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN DOE subscriber assigned IP address 98.109.133.31,<br><br>                    Defendant. | Case No. 2:17-cv-13300-KM-MAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.109.133.31, are voluntarily dismissed with prejudice.

DATED: April 12, 2018                    Respectfully submitted,

                                        **FOX ROTHSCHILD LLP**

                                        *Attorneys for Plaintiff,*
                                        *Strike 3 Holdings, LLC*

                                        */s/ John C. Atkin, Esq.*
                                        John C. Atkin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *John C. Atkin*

   John C. Atkin, Esq.

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 4/13/2018

2